Order entered November 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01509-CV

**JEFFERY & GERALLYNN LONGINO, Appellants**

V.

**WILLIAM R. EGAN, Appellee**

On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-2699-2012

## ORDER

The Court has before it appellants' November 15, 2012 motion to request discretionary stay. The Court **DENIES** the motion.

MOLLY FRANCIS
JUSTICE

005014